May 17, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

### CARMELITA ESCALANTE, M.D., E. EDMUND KIM, M.E., EDGARDO RIVERA, M.D., AND FRANKLIN C. WONG, M.D., Appellants

NO. 14-05-00828-CV           V.

### DONITA ROWAN AND JAMES NIESE, Appellees

_____

This cause, an appeal from an order in favor of appellees, DONITA ROWAN AND JAMES NIESE, signed July 19, 2005, was heard on remand. We reverse the order of the court below and **RENDER** judgment dismissing appellees' claims with prejudice.

We order appellees, DONITA ROWAN AND JAMES NIESE, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.